FREDRICK, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 11, 1898.) Action by Amelia Fredrick against the Brooklyn Heights Railroad Company. No opinion. Appeal dismissed, without costs, by consent.

FUNSON, Respondent, v. SALISBURY, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by Thomas Funson, as administrator, against Thomas C. Salisbury. No opinion. Judgment and order affirmed, with costs. See 44 N. Y. Supp. 205.

GENET, Appellant, v. DE GRAFF, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Albert R. Genet against Amanda M. De Graff, executrix. A. R. Genet, in pro. per. Thomas W. Peyton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 50 N. Y. Supp. 442.

GENET v. DELAWARE & H. CANAL CO. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by Augusta G. Genet against the Delaware & Hudson Canal Company. No opinion. Motion denied, with $10 costs. See 52 N. Y. Supp. 1142.

GENEVA & W. RY. CO., Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by the Geneva & Waterloo Railway Company against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See 48 N. Y. Supp. 842.

GERMAN–AMERICAN BANK OF ROCHESTER, Appellant, v. ATWATER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by the German-American Bank of Rochester against Agnes L. Atwater. No opinion. Judgment affirmed, with costs. ADAMS and WARD, JJ., not voting.

GIBBS, Appellant, v. HAIGH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Frank B. Gibbs against Emma Haigh and others. No opinion. Judgment affirmed, with costs.

In re GIBSON'S WILL. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) In the matter of succession tax of a trust fund created by the third item of the last will and testament of Henry B. Gibson, deceased. No opinion. Decree of the surrogate's court of Ontario county affirmed, with costs to each respondent appearing by separate attorney, payable out of the fund. See In re Seaman's Estate, 147 N. Y. 69, 41 N. E. 401.

GODFREY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by William Godfrey, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order denying motion for a new trial affirmed, with costs. Order granting extra allowance reversed, with $10 costs.

GOLDSMITH v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by Carl M. Goldsmith against the Metropolitan Street-Railway Company. No opinion. The parties may proceed as indicated on the argument.

GOODMAN v. ALEXANDER. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Fanny Goodman against Bertha Alexander. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 884.

GOUGH, Respondent, v. SELVAGE, Appellant. (Supreme Court, Appellate Term. October 5, 1898.) Action by Arthur E. Gough against Walter Selvage. George H. Pettit, for appellant. Arthur S. Luria, for respondent.

PER CURIAM. The only questions involved in this appeal that call for any notice were considered and disposed of adversely to the contention of the defendant by Mr. Justice Gaynor in an action brought by this plaintiff in the supreme court, Second judicial district, upon a policy of insurance similar to the one in suit, and containing like provisions. Gough v. Davis, 24 Misc. Rep. 245, 52 N. Y. Supp. 947. As the opinion there given contains, we think, a correct and satisfactory exposition of the law applicable to this case, it is quite unnecessary for us to enter upon any further discussion of the subject. Judgment affirmed, with costs.

GREEN, Appellant, v. NIAGARA COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 10, 1898.) Action by William C. Green, as receiver, etc., against Niagara county. No opinion. Judgment affirmed, with costs.

GREENOUGH, Appellant, v. GREENOUGH, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by Henry Greenough against A. Gordon Greenough. No opinion. Judgment affirmed, with costs. See 47 N. Y. Supp. 1096.

HAEGERTY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Stephen Haegerty against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.